In the Matter of the Claim of MARIE L. HASBROUCK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Reynolds, J.

(May 23, 1967)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH DARLING, Appellant.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.